# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MALTMAN CERVANTES,<br><br>Plaintiff,<br><br>vs.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>Defendant, | Case No.: 3:23-cv-01432-JO-DEB<br><br>[~~PROPOSED~~] ORDER ON JOINT STIPULATION AND MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br><br>Hon. Jinsook Ohta |

## ORDER GRANTING JOINT STIPULATION AND MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

Having fully considered the Joint Motion for Dismissal of Entire Action With Prejudice ("Joint Motion for Dismissal") of Plaintiff ANTHONY MALTMAN CERVANTES ("Plaintiff"), and Defendant NAVY FEDERAL CREDIT UNION,

- 1 -
*Order on Joint Motion to Dismiss*

("Defendant") (collectively "Parties"), made pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and good cause having been shown:

**IT IS HEREBY ORDERED**, that the Joint Motion for Dismissal is **GRANTED** and that the action is dismissed in its entirety, including all claims against Defendant, with prejudice. The Parties are to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: January 2, 2024,     by: _____
Hon. Jinsook Ohta
United States District Judge